NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ASIA PACIFIC MICROSYSTEMS, INC.,**
*Appellant,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**HEWLETT-PACKARD COMPANY AND HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.,**
*Intervenors.*

---

2012-1225

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-723.

---

## ORDER

Upon consideration of Asia Pacific Microsystems, Inc.'s filing of its corrected brief,

IT IS ORDERED THAT:

The International Trade Commission, Hewlett-Packard Company and Hewlett-Packard Development

Company, L.P.'s briefs are due 40 days from the date of this order.

FOR THE COURT

DEC 0 6 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Steven D. Ling, Esq.
Panyin A. Hughes, Esq.
Ahmed J. Davis, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 6 2012

JAN HORBALY
CLERK